**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: T.R., A/K/A T.Y., A/K/A D.P.Y.,     :   No. 73 WAL 2024
A/K/A L.Y.     :
    :
    :   Petition for Allowance of Appeal
PETITION OF: S.M.R.     :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2024, the Petition for Allowance of Appeal, the "Petition to Transfer Case," the "Petition for Extraordinary Relief and Motion to Raise Concerns," and the "Petition for Extraordinary Relief, Motion to Dismiss Counsel" are **DENIED**.